179 So.2d 273

**Horace ANDRUS**

v.

**A. B. C. RENDERING COMPANY.**

**No. 47945.**

Nov. 8, 1965.

In re: A. B. C. Rendering Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 178 So.2d 70.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

179 So.2d 273

**CHAS. A. KAUFMAN CO., Limited,**

v.

**Julian O. GREGORY.**

**No. 47946.**

Nov. 8, 1965.

In re: Chas. A. Kaufman Co., Limited, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 178 So.2d 300.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.